```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
SECURITIES & EXCH. COMM'N,          :

              Plaintiff,            :    ORDER

         -against-                  :    10 Civ. 1720 (LAK)(MHD)

Sean David MORTON et al.,           :

              Defendants,           :

              -and-                 :

Melissa MORTON et ano,              :

         Relief Defendants.         :
-----------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/10

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

The Pro Se Office of this Court recently received several documents from defendants Sean David Morton and Melissa Morton ("Morton defendants"): a document entitled "DISPOSITIVE MOTION IN RESPONSE TO PLAINTIFF[']S RESPONSE IN THE ALTERNATIVE MOTION TO DISMISS WITH PREJUDICE FOR WANT OF JURISDICTION, LACK OF STANDING, FAILURE TO STATE A CLAIM AND OTHER PROCEDURAL DEFECTS[,] F.R.C.P. RULE 12(B)(1-7)", an affidavit of Sean David Morton dated June 23, 2010, and an affidavit of Melissa Morton dated June 23, 2010. These documents appear to constitute the Morton defendants' reply to the various motions that they have filed, as directed in my June 8, 2010 order. The "DISPOSITIVE MOTION IN RESPONSE" document is

accompanied by an affidavit indicating that it was served on the SEC, but the Morton defendants' June 23 affidavits are not.

The SEC has indicated to my chambers that it received copies of all of these documents. Thus, we are forwarding them to be docketed notwithstanding the lack of proof of service of the Morton defendants' affidavits. However, in the future, the Court will not accept for filing any document that is not accompanied by proof of service as required by the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 5(d)(1).

**Dated: New York, New York**
**June 30, 2010**

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today:

BY MAIL TO:

Mr. Sean David Morton
Box 1274
Hermosa Beach, CA 90254

2

Ms. Melissa Morton
Box 1274
Hermosa Beach, CA 90254

BY FACSIMILE TO:

Bennett Ellenbogen, Esq.
George S. Canellos, Esq.
Alexander Mircea Vasilescu, Esq.
Securities & Exchange Commission (3 WFC)
Fax: (212) 336-1322