UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RICHARD WILSON
CHIEF DEPUTY CLERK, ADMINISTRATION

## MEMORANDUM



TO:     Honorable Katherine B. Forrest

FROM:   Richard Wilson
        Chief Deputy Clerk, Administration

DATE:   July 9, 2013

RE:     Securities and Exchange Commission v. Morton et al
        10CV1720 (KBF)

For your review, I am enclosing correspondence from Kathleen J. Campbell, Clerk of the Bankruptcy Court, regarding above referenced matter.

If you should have any questions please contact me at extension 0149.

Ordered

Post to docket.

11/8/13   KBF.
          USDJ

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)

| UNITED STATES BANKRUPTCY COURT | Central District Of California |
|---|---|

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on June 27, 2013.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 255 E. Temple Street, Room 940, Los Angeles, CA 90012.**
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

Creditors -- Do not file this notice in connection with any proof of claim you submit to the court.

### See Reverse Side For Important Explanations.

| Debtor(s) (name(s) and address):<br>Sean David Morton<br>2207 Hermosa Avenue<br>Hermosa Beach, CA 90254 | Melissa Ann Thomson<br>2207 Hermosa Avenue<br>Hermosa Beach, CA 90254 | **Case Number:**<br>2:13-bk-26725-BB |
|---|---|---|
| All other names used by the Debtor(s) in the last 8 years (include married, maiden and trade names):<br>Debtor:<br>Joint Debtor: | Last four digits of Social Security or Individual Taxpayer-ID (ITIN) No(s)./Complete EIN:<br>Dbt SSN: 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<br>JDbt SSN: 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 | |
| Attorney for Debtor(s) (name and address):<br>John A Varley<br>7373 University Ave Ste 113<br>La Mesa, CA 91941-6023<br>Telephone number: 619-463-1800 | Bankruptcy Trustee (name and address):<br>Sam S Leslie (TR)<br>3435 Wilshire Blvd., Suite 990<br>Los Angeles, CA 90010<br>Telephone number: 213-368-5000 | |

### Meeting of Creditors:

Date: **July 25, 2013**                                    Time: **11:00 AM**
Location: **725 S Figueroa St., Room 101, Los Angeles, CA 90017**

### Presumption of Abuse under 11 U.S.C. § 707(b)

See *"Presumption of Abuse"* on the reverse side
The presumption of abuse does not arise.

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: September 23, 2013**
**Deadline to Object to Exemptions:** Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>255 East Temple Street,<br>Los Angeles, CA 90012<br>Telephone number: 213-894-3118 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kathleen J. Campbell |
|---|---|
| Hours Open: 9:00 AM - 4:00 PM | Date: June 28, 2013 |
| (Form rev. 12/12:341-B9A) | |

018494                                    2 8 0 0 9 0 1 8 5 1 2 0 1 3